BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America




**FILED**

MAR 02 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

THE MATTER OF THE SEARCH OF
YAHOO! ACCOUNTS

CASE NO. 2:16-SW-0125 EFB

[PROPOSED] ORDER COMMANDING YAHOO!
NOT TO NOTIFY ANY PERSON OF THE
EXISTENCE OF WARRANT

**UNDER SEAL**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding YAHOO!, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account: sqlforlife@yahoo.com in the WARRANT) of the existence of the attached WARRANT until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached WARRANT will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that YAHOO! shall not disclose the existence of the attached WARRANT or this Order of the Court, to the listed subscriber or to any other person, for one year from the date of the Court's order, except that YAHOO! may disclose the attached WARRANT to an attorney for YAHOO! for the purpose of receiving legal advice.

1   IT IS FURTHER ORDERED that the application and this Order are sealed until
2   otherwise ordered by the Court.

5   Dated: 3-2-2016

Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE